IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES W. COOK, III,

       Appellant,

 v.

Case No.  5D20-741
LT Case No. 2014-CF-000195

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed May 30, 2023

3.850 Appeal from the Circuit Court
for St. Johns County,
Howard M. Maltz, Judge.

Charles W. Cook, III, Blountstown,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, JAY and BOATWRIGHT, JJ., concur.